## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| HECTOR BLAJOS, ) | Case No.: 1:08 CV 01776 GSA |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees filed on May 17, 2010, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,600.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: May 17, 2010

/s/ Gary S. Austin
The Honorable Gary S. Austin
United States Magistrate Judge